IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

THE MERCHANTS COMPANY D/B/A
MERCHANTS FOOD SERVICE                                          PLAINTIFF

v.                                      CIVIL ACTION NO. 2:17-CV-136-KS-MTP

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON, *et al.*                                                DEFENDANTS

## ORDER

On August 4, 2017, Defendants filed a Motion to Dismiss [2]. Plaintiff shall respond on or before **August 18, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendants want to reply, they must do so on or before **August 25, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Plaintiff's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this __7th__ day of __August__, 2017.

                                            __s/Keith Starrett__
                                            UNITED STATES DISTRICT JUDGE