# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

THE MERCHANTS COMPANY D/B/A
MERCHANTS FOOD SERVICE                                         **PLAINTIFF**

v.                                      CIVIL ACTION NO. 2:17-CV-136-KS-MTP

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON, *et al.*                                              **DEFENDANTS**

### ORDER

Plaintiff filed an unopposed Motion [17] to extend the briefing deadlines on Defendants' pending Motion to Dismiss [2] until after the parties' settlement conference scheduled for October 18, 2017.

The Court certainly encourages the parties to pursue settlement, but the scheduling of a settlement conference is generally not a reason to delay a case's progression. Moreover, fully briefing dispositive motions typically assists both the parties and the mediator in understanding a case's issues and the parties' relative positions prior to a settlement conference.

Therefore, the Court **grants in part** Plaintiff's Motion [17] for an extension of time. Plaintiff's response to Defendants' Motion to Dismiss is due on or before **September 1, 2017.** Defendants' reply is due on or before **September 8, 2017.**

SO ORDERED AND ADJUDGED this __22nd__ day of __August__, 2017.

                                                              __s/Keith Starrett__
                                                      UNITED STATES DISTRICT JUDGE